1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   GEORGE S. KHOURY (State Bar No. 269738)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  4328 Redwood Hwy., Suite 300
   San Rafael, CA 94903
4  Telephone:   (415) 674-8600
   Facsimile:   (415) 674-9900
5
   Attorneys for Plaintiff
6  DAREN HEATHERLY; and
   IRMA RAMIREZ

7                UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9
   DAREN HEATHERLY; and IRMA        )   CASE NO. CV-13-01315-JST
10 RAMIREZ,                         )
                                    )   STIPULATION RE CONTINUING
11        Plaintiffs,               )   DEADLINE FOR THE PARTIES TO
                                    )   CONDUCT THE JOINT SITE
12 v.                               )   INSPECTION; AND [PROPOSED] ORDER
                                    )   THEREON
13                                  )
   FRANKIE'S BOHEMIAN CAFÉ; IRWIN   )
14 J. COTTON and YVONNE H. COTTON,  )
   Trustees of the IRWIN J. COTTON and )
15 YVONNE H. COTTON REVOCABLE       )
   TRUST, created December 6, 2004; )
16 KOLIAS RADAN, an individual dba  )
   FRANKIE'S BOHEMIAN CAFÉ;         )
17 FRANTISEK PAZDERKA, an individual )
   dba FRANKIE'S BOHEMIAN CAFÉ; and )
18 JULIE ANNE PAZDERKA, an individual )
   dba FRANKIE'S BOHEMIAN CAFÉ,     )
19                                  )
          Defendants.                )
20 _____  )

21

22      Plaintiffs DAREN HEATHERLY and IRMA RAMIREZ, and Defendants IRWIN J.

23 COTTON and YVONNE H. COTTON, Trustees of the IRWIN J. COTTON and YVONNE H.

24 COTTON REVOCABLE TRUST, created December 6, 2004, by and through their respective

25 counsel, respectfully request and stipulate, as follows:

26      1.    **Whereas**, all defendants have been served with the summons and complaint;

27 and

28

STIPULATION RE CONTINUING DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION; AND
[PROPOSED] ORDER THEREON                                       CASE NO. CV-13-01315-JST

                                                                                    1

2. **Whereas**, defendants IRWIN J. COTTON and YVONNE H. COTTON, Trustees of the IRWIN J. COTTON and YVONNE H. COTTON REVOCABLE TRUST, created December 6, 2004 on May 24, 2013, answered plaintiffs' complaint, and defendants KOLIAS RADAN, an individual dba FRANKIE'S BOHEMIAN CAFÉ; FRANTISEK PAZDERKA, an individual dba FRANKIE'S BOHEMIAN CAFÉ; and JULIE ANNE PAZDERKA, an individual dba FRANKIE'S BOHEMIAN CAFÉ have not yet responded to plaintiffs' complaint; and

3. **Whereas**, Sara Allman, counsel for defendants IRWIN J. COTTON and YVONNE H. COTTON, Trustees of the IRWIN J. COTTON and YVONNE H. COTTON REVOCABLE TRUST, created December 6, 2004, has been tentatively retained as counsel for defendants ("operators") KOLIAS RADAN, an individual dba FRANKIE'S BOHEMIAN CAFÉ; FRANTISEK PAZDERKA, an individual dba FRANKIE'S BOHEMIAN CAFÉ; and JULIE ANNE PAZDERKA, an individual dba FRANKIE'S BOHEMIAN CAFÉ and has requested a default be postponed; and

4. **Whereas**, plaintiffs' counsel have agreed to postpone filing a request to enter default against defendants KOLIAS RADAN, an individual dba FRANKIE'S BOHEMIAN CAFÉ; FRANTISEK PAZDERKA, an individual dba FRANKIE'S BOHEMIAN CAFÉ; and JULIE ANNE PAZDERKA, an individual dba FRANKIE'S BOHEMIAN CAFÉ; and

5. **Whereas**, pursuant to General Order 56, ¶3,4, the parties were to have the Joint Site Inspection completed by no later than July 5, 2013; and

6. **Whereas**, due to the above stated circumstances and the holiday, the parties were unable to conduct the General Order 56 Joint Site Inspection; and

7. **In light of the above**, plaintiffs DAREN HEATHERLY and IRMA RAMIREZ, and defendants IRWIN J. COTTON and YVONNE H. COTTON, Trustees of the IRWIN J. COTTON and YVONNE H. COTTON REVOCABLE TRUST, created December 6, 2004 have agreed to continue the joint site inspection.

STIPULATION RE CONTINUING DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION; AND [PROPOSED] ORDER THEREON
CASE NO. CV-13-01315-JST

**IT IS STIPULATED:**

That, plaintiffs DAREN HEATHERLY and IRMA RAMIREZ, and defendants IRWIN J. COTTON and YVONNE H. COTTON, Trustees of the IRWIN J. COTTON and YVONNE H. COTTON REVOCABLE TRUST, created December 6, 2004 agree, stipulate and respectfully request that the last day for the parties and counsel to conduct the General Order 56 Joint Site Inspection of the premises be continued up to and including August 9, 2013.

Respectfully submitted,

Dated: July 15, 2013

THOMAS E. FRANKOVICH, Esq.

*A PROFESSIONAL LAW CORPORATION*

By: ___ /s/Thomas E. Frankovich_____
Thomas E. Frankovich
Attorneys for Plaintiff DAREN HEATHERLY; and Plaintiff IRMA RAMIREZ

STIPULATION RE CONTINUING DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION; AND [PROPOSED] ORDER THEREON
CASE NO. CV-13-01315-JST

3

Dated: 7-15, 2013

Sara B. Allman, Esq.

**ALLMAN & NIELSEN, P.C.**

By: _____
Sara B. Allman

Attorney for Defendants IRWIN J. COTTON and YVONNE H. COTTON, Trustees of the IRWIN J. COTTON and YVONNE H. COTTON REVOCABLE TRUST, created December 6, 2004

~~PROPOSED~~ ORDER

**IT IS SO ORDERED**, that the last day for the parties and counsel to conduct the joint site inspection of the premises be continued up to and including August 9, 2013.

Dated: July 16, 2013

_____
Honorable Jon S. Tigar
United States

IT IS SO ORDERED
Judge Jon S. Tigar

STIPULATION RE CONTINUING DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION; AND ~~PROPOSED~~ ORDER THEREON

CASE NO. CV-13-01315-JST

4