United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAREN HEATHERLY, et al.,

    Plaintiffs,

v.

FRANKIE'S BOHEMIAN CAFE, et al.,

    Defendants.

Case No. 13-cv-01315-JST

**ORDER REFERRING CASE TO MEDIATION**

In the parties' most recent Joint Case Management Statement, ECF No. 21, they state that all parties except defendant Kolias Radan have reached a settlement in principle. The parties do not indicate when they expect their settlement to be finalized.

Pursuant to General Order 56, the Court now refers to the matter to mediation under the auspices of the Court's ADR program. The mediation must be completed with 90 days of this order. The mediator is also encouraged to assist the parties in determining a date for the completion of their settlement.

The Case Management Conference scheduled for April 2, 2014 is CONTINUED to Wednesday, July 2, 2014 at 2:00 p.m. A Joint Case Management Statement must be filed at least ten court days before the conference.

**IT IS SO ORDERED.**

Dated: March 30, 2014

_____
JON S. TIGAR
United States District Judge