1  THOMAS E. FRANKOVICH (State Bar #074414)
   THOMAS E. FRANKOVICH
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA   94903
   Telephone:   415/674-8600
4  Facsimile:   415/674-9900
   tfrankovich@disabilitieslaw.com
5
   Attorney For Plaintiff ,
6

7

8              UNITED STATES DISTRICT COURT

9                 DISTRICT OF CALIFORNIA

10 
   DAREN HEATHERLY; and IRMA           )   **CASE NO. CV-13-01315** ~~DMR~~ JST
11 RAMIREZ,                            )
                                       )
12                                     )
         Plaintiffs,                   )   **STIPULATION OF DISMISSAL AND**
13                                     )   ~~[PROPOSED]~~ **ORDER THEREON FOR**
                                       )   **DEFENDANTS FRANKIE'S**
14 v.                                  )   **BOHEMIAN CAFÉ; IRWIN J.**
                                       )   **COTTON and YVONNE H. COTTON,**
15 FRANKIE'S BOHEMIAN CAFÉ; IRWIN      )   **Trustees of the IRWIN J. COTTON and**
   J. COTTON and YVONNE H. COTTON,     )   **YVONNE H. COTTON REVOCABLE**
16 Trustees of the IRWIN J. COTTON and  )  **TRUST, created December 6, 2004;**
   YVONNE H. COTTON REVOCABLE          )   **FRANTISEK PAZDERKA, an individual**
17 TRUST, created December 6, 2004;    )   **dba FRANKIE'S BOHEMIAN CAFÉ;**
   KOLIAS RADAN, an individual dba     )   **and JULIE ANNE PAZDERKA, an**
18 FRANKIE'S BOHEMIAN CAFÉ;            )   **individual dba FRANKIE'S BOHEMIAN**
   FRANTISEK PAZDERKA, an individual   )   **CAFÉ**
19 dba FRANKIE'S BOHEMIAN CAFÉ; and    )
   JULIE ANNE PAZDERKA, an individual  )
20 dba FRANKIE'S BOHEMIAN CAFÉ,        )
                                       )
21       Defendants.                   )
                                       )
22 _____ )

23

24       The parties, by and through their respective counsel, stipulate to dismissal of this action

25 in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).  Outside of the terms of the

26 Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own

27 costs and attorneys' fees.

28

The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice  pursuant to Federal Rules of Civil Procedure 41(a)(2).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: April 22, 2014                                                      THOMAS E. FRANKOVICH
                                                                                              *A PROFESSIONAL LAW CORPORATION*


                                                                                              By:_____
                                                                                                     Thomas E. Frankovich
                                                                                              Attorney for DAREN HEATHERLY; and IRMA RAMIREZ


Dated: April   , 2014                                                       Utrecht & Lenvin, LLP



                                                                                              By:_____
                                                                                                     Patrick J. Connolly
                                                                                              Attorney for Defendants FRANKIE'S BOHEMIAN CAFÉ; IRWIN J. COTTON and YVONNE H. COTTON, Trustees of the IRWIN J. COTTON and YVONNE H. COTTON REVOCABLE TRUST, created December 6, 2004;  FRANTISEK PAZDERKA, an individual dba FRANKIE'S BOHEMIAN CAFÉ; and JULIE ANNE PAZDERKA, an individual dba FRANKIE'S BOHEMIAN CAFÉ

1

2  **ORDER**

3  IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to

4  Fed.R.Civ.P. 41(a)(2). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the

5  purpose of enforcing the parties' Settlement Agreement and General Release should such

6  enforcement be necessary

7  Dated: _____May 5_____, 2014

8

9  _____
   Honorable
10 UNITED



11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON         CASE NO. CV-13-01315-DMR

-3-